```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER GOMEZ,

                          Plaintiff,

-against-

B.C.D.E. REALTY CORP. and SECOND WIND RESTAURANT LLC,

                          Defendants.

24-CV-01218 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      Plaintiff commenced this action by the filing of a Complaint on February 19, 2024.  Dkt. No. 1.  Defendants were served with the Summons and Complaint on February 27, 2024, and the deadline to answer or otherwise respond to the Complaint was March 19, 2024.  Dkt. Nos. 8, 9.  That deadline has now passed, and Defendants appear to be in default.

      Accordingly, Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Rules and Practices (available at https://nysd.uscourts.gov/hon-margaret-m-garnett), **within two weeks of the date of this Order**.  If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at GartnettNYSDChambers@nysd.uscourts.gov.

      If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing.  If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

Dated: March 21, 2024
       New York, New York

                                                      SO ORDERED.

                                                      MARGARET M. GARNETT
                                                      United States District Judge